# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 22, 2018

## NO. 03-16-00789-CV

**Pine Forest Investments Group, LLC, Appellant**

**v.**

**The County of Bastrop, Texas; The Bastrop Independent School District; and the City of Bastrop, Texas, Appellees**

## APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
## BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
## AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
## OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment signed by the trial court on September 21, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the portions of the judgment related to the appellant's Texas Open Meetings Act counterclaims; we affirm the remaining portions of the judgment. We remand the cause to the trial court for further proceedings consistent with the Court's opinion. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.